## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**TAITANO YANJUAN #A207-892-775**      **CASE NO.  3:26-CV-01306 SEC P**

**VERSUS**                          **JUDGE TERRY A. DOUGHTY**

**UNKNOWN DEFENDANT**              **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 6], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Taitano YanJuan's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 25th day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE